PROBATION FORM NO. 35
(1/92)

Report and Order
Terminating Supervised Release
Prior to Original Expiration Date

FILED
2005 JUL 20 P 3: 04
U.S. DISTRICT COURT
BRIDGEPORT, CONN

# United States District Court
## FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Carl Apuzzo

Crim #: 3:02CR00319(AHN)

Re: **Early Termination of Supervision**

On **Feburary 12, 2003,** the above named was placed on **PROBATION** for a period of **3 years**. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Christopher Rogers
U. S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this __13__ day of __July__, 20__05__

_____
Alan H Nevas
Senior United States District Court Judge